COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:    Mose A. Guillory and Mary Guillory v. Seaton LLC d/b/a Staff Management

Appellate case number:  01-14-00379-CV

Trial court case number:  2012-61407A

Trial court:    113th District Court of Harris County

Date motion filed:    September 17, 2015

Party filing motion:    Appellants

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Harvey Brown
☐ Acting individually    ☒ Acting for the Court

Panel consists of:  Justices Keyes, Higley, and Brown


Date:  October 8, 2015